# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

1108931138
2/4/10

TEL: (716) 831-1994

February 2, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

    Re:    Alan G. Foote/Cynthia D. Foote
           Bk. No. 05-15222K

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Alan G. Foote/Cynthia D. Foote.

I have stopped payment on this check since it is beyond the 90 day period and I am enclosing the Estate of Alan G. Foote/Cynthia D. Foote's check no. 120 in the amount of $5.73 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Alan G. Foote/Cynthia D. Foote:

    Claim No. 17 -    Department of Veteran Affairs    $5.73
                         120 LeBrun Road
                         Buffalo, NY 14215

If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.



RECEIVED
FEB - 4 2010
BANKRUPTCY COURT
BUFFALO, NY

Case 1-05-15222-MJK   Doc 80   Filed 02/04/10   Entered 02/04/10 14:42:21   Desc Main
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

FOOTE, ALAN G.
FOOTE, CYNTHIA D.

Debtors.

Chapter 7

Case No. 05-15222 MJK

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 17 | Department Of Veteran Affairs<br>120 LeBrun Road<br>Buffalo, NY 14215 | $167.81 | $5.73 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 5.73

Dated: February 2, 2010

_____
JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994